# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

TRACY LYNN ROMANOSKEY, :

    Plaintiff : CIVIL ACTION NO. 3:16-2540

v. : JUDGE MANNION

NANCY A. BERRYHILL, :

    Defendant :

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Saporito, **(Doc. 18)**, is **ADOPTED IN ITS ENTIRETY**.

**(2)** The plaintiff's objections to the report, **(Doc. 19)**, are **OVERRULED**.

**(3)** The decision of the Commissioner of Social Security denying the plaintiff's claims for DIB and SSI is **AFFIRMED**.

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

FILED
SCRANTON

APR 2 6 2018

PER _____
    DEPUTY CLERK

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**Date: April 26, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2540-01-ORDER.wpd